UNITED STATES DISTRICT COURT
IN AND FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:20-cv-01292-BJD-MCR

DANIELLE N. ETHRIDGE, individually,
and as natural guardian and next of friend
AMARAH SINGLETARY, a minor

      Plaintiff,

vs.

MILLENNIA JACKSONVILLE FL TC, LP
d/b/a CALLOWAY COVE APARTMENTS OF
JACKSONVILLE and MILLENNIA HOUSING
MANAGEMENT, LTD.,

      Defendants.

_____/

### STIPULATION TO PLAINTIFFS' MOTION TO AMEND AND REMAND

Upon review of the Plaintiffs' Motion to Amend and Remand and the proposed Second Amended Complaint, filed as *Exhibit 1* to the Plaintiffs' Motion, the Defendants hereby consent to the proposed Second Amended Complaint being filed and agree that remand to state court is appropriate because of the addition of the non-diverse Defendants.

/s/  Sami R. Achem, Jr., Esq.        /s/  J. Ryan Will, Esq.
Sami R. Achem, Jr.                 J. Ryan Will Esq.
FBN 93892                        FBN 285692
Cole, Scott & Kissane           Morgan & Morgan, P.A.
4686 Sunbeam Road            444 Seabreeze Ave., Suite 100
Jacksonville, FL 32257         Daytona Beach, FL 32118
Phone: (904) 672-4046         Phone: 386-281-6790
sami.achem@csklegal.com      rwill@forthepeople.com
Attorney for the Defendants       Attorney for the Plaintiffs

## <u>CERTIFICATE OF SERVICE</u>

The undersigned HEREBY certifies that on March 9, 2021, a true and correct copy of the foregoing was filed with the Clerk of Middle District of Florida by using the CM/ECF system, which will send an automatic e-mail message to Sami Achem Jr, Esquire, Cole, Scott & Kissane, Sami.AchemJr@csklegal.com., ryan.william@csklegal.com, and all parties registered with the CM/ECF system.

/s/  J. Ryan Will, Esq.
J. Ryan Will Esq.
FBN 285692
Morgan & Morgan, P.A.
444 Seabreeze Ave., Suite 100
Daytona Beach, FL 32118
Phone: 386-281-6790
rwill@forthepeople.com
Attorney for the Plaintiffs

## <u>Local Rule 3.01(g) Certification</u>

Plaintiffs certify that Plaintiffs have conferred with Defendants, and Defendants consent to the Motion to Amend and Remand.

/s/  J. Ryan Will, Esq.
J. Ryan Will Esq.
FBN 285692
Morgan & Morgan, P.A.
444 Seabreeze Ave., Suite 100
Daytona Beach, FL 32118
Phone: 386-281-6790
rwill@forthepeople.com
Attorney for the Plaintiffs
