UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DANIELLE N. ETHRIDGE,
individually, and as natural
guardian and next friend and A. S.,
a minor,

    Plaintiffs,

v.                                          Case No. 3:20-cv-1292-BJD-MCR

MILLENNIA JACKSONVILLE FL
TC, LP and MILLENIA HOUSING
MANAGEMENT, LTD.,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion to Amend and Remand (Doc. 14) and the parties' stipulation related thereto (Doc. 15). The parties have jointly agreed to allow Plaintiffs to file a Second Amended Complaint (Doc. 15), meaning Plaintiffs do not need leave from the Court to amend and Plaintiffs' Motion with respect to amendment is moot. See Fed. R. Civ. P. 15(a)(2). Since the Second Amended Complaint adds new defendants that destroy complete diversity, the Court is divested of jurisdiction. 28 U.S.C. § 1447(e). This has been correctly acknowledged by the parties, who have stipulated to remand of this case back to state court. (Doc. 15). Therefore, the Court finds remand of this action is appropriate.

Accordingly, after due consideration, it is

**ORDERED:**

1. The Plaintiff's Motion to Amend and Remand (Doc. 14) is **GRANTED in part** and **DENIED in part as moot**, as set forth above.

2. The Clerk of the Court is **DIRECTED** to remand this case to the Circuit Court for the Fourth Judicial Circuit, in and for Duval County, Florida, and to transmit a certified copy of this Order to the clerk of that court. The Clerk of the Court shall then close this file and terminate any remaining motions and deadlines.

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of March, 2021.

_____
BRIAN J. DAVIS
United States District Judge

6
Copies furnished to:

Counsel of Record